**Electronically Filed**
**Intermediate Court of Appeals**
**CAOT-16-0000887**
**04-FEB-2026**
**08:11 AM**
**Dkt. 3 ODSLJ**

NO. CAOT-16-0000887

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ARWIN R. ECHINEQUE, Petitioner,
v.
STATE OF HAWAIʻI, Respondent.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NOS. 1CC121003182; 1PC061001633)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Petitioner Arwin R. **Echineque'**s complaint filed December 29, 2016, in CAOT-16-0000887, the papers in support, and the record and files herein, it appears as follows:

(1) Echineque identifies Civil No. 12-1-3182 (1CC121003182) and Criminal No. 06-1-1633 (1PC061001633) as underlying cases;

(2) Echineque asserts he suffered weight-lifting injuries while imprisoned for a 2007 conviction for Assault in the Second Degree and Terroristic Threatening in the Second Degree in Criminal No. 06-1-1633;

(3) Echineque seeks one million dollars in damages;

(4) To the extent Echineque seeks to initiate a civil claim, this court lacks original jurisdiction to hear his claims, see Hawaiʻi Revised Statutes 602-57 (2016); and

(5)　To the extent Echineque seeks an appeal from a decision in Civil No. 12-1-3182 or Criminal No. 06-1-1633, the "complaint" cannot be construed, even liberally, as appealing from any particular order or judgment entered in either case.

Therefore, IT IS HEREBY ORDERED that CAOT-16-0000887 is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the appellate clerk shall mail a copy of this order to Craig Iha, Deputy Attorney General, Supervisor, Public Safety, 425 Queen Street, Honolulu, HI 96813.

DATED:　Honolulu, Hawaiʻi, February 4, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge